# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AR DESIGN INNOVATIONS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>IKEA NORTH AMERICA SERVICES LLC and IKEA DALLAS L.P.,<br><br>        Defendants. | CIVIL ACTION NO. 2:21-CV-00465-JRG |

## ORDER ON PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO AMEND ITS COMPLAINT

Before the Court is the Motion For Leave To Amend Its Complaint filed by Plaintiff AR Design Innovations LLC ("AR Design" or "Plaintiff"). (Dkt. No. ____; the "Motion"). Having considered the Motion, the Court finds that for good cause it should be and hereby is **GRANTED**. It is therefore **ORDERED** that AR Design has leave to file its Amended Complaint in substantially the form and substance as contained in the Exhibit to the Motion within three (3) days of this Order. It is further **ORDERED** that AR Design serve the newly-added parties within thirty (30) days of this Order unless this Court permits additional time for service of said parties upon a motion from AR Design.